1 JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
2 WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
JENNIFER N. LOGUE, Deputy City Atty., SBN 241910
3 One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
4 Email: jlogue@oaklandcityattorney.org
Telephone: (510) 238-6524, Fax: (510) 238-6500
5 26055:462139

6 Attorneys for Defendants,
CITY OF OAKLAND and WAYNE TUCKER
7
CLYDE A. THOMPSON, SBN 72920
8 HAAPALA THOMPSON & ABERN, LLP
Park Plaza Building
9 1939 Harrison St., Ste. 800
Oakland, CA 94612
10 Email: CThompson@htalaw.com
Telephone: (510) 763-2324, Fax: (510) 273-8534
11
Attorneys for Defendants,
12 ALAMEDA COUNTY, GREGORY AHERN,
ALAMEDA COUNTY SHERIFF
13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16 | RICHARD RAY, an individual, SALLY RAY,
an individual, and RICHARD AND SALLY
17 | RAY, husband and wife,

| Case No. C08-03627

18 |                     Plaintiffs,
|             v.
| **DEFENDANTS' JOINT NOTICE OF
REMOVAL OF ACTION (28 U.S.C.
Section 1441)**

19
CITY OF OAKLAND, a municipal
20 organization, WAYNE TUCKER, Chief of
the City of Oakland Police Department,
| (Alameda County Superior Court Case
No.: RG08375364)
21 ALAMEDA COUNTY, GREGORY AHERN,
ALAMEDA COUNTY SHERIFF DOE
22 DEFENDANT 1, an unknown police officer,
DOE DEFENDANT 2 an unknown police
23 officer, DOE DEFENDANT 3, an unknown
police officer, DOE 4, an unknown police
24 officer, DOES 5 an unknown sheriff, DOE 6
an unknown sheriff, and Does 7 to 75,
25 inclusive,

26                     Defendants.

DEFENDANTS' JOINT NOTICE OF
REMOVAL OF ACTION (28 U.S.C. Section 1441)

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
     DISTRICT OF CALIFORNIA:

2

3        PLEASE TAKE NOTICE that Defendants hereby remove to this Court the state

4    court action described below, pursuant to 28 U.S.C. § 1441.

5                                        I.

6        On March 7, 2008, a Summons and Complaint was filed in the Superior Court of

7    the State of California, County of Alameda, where this action is now pending as *Richard*

8    *Ray, et al. v. City of Oakland, et al.*, Superior Court case no. RG08375364, (a copy of

9    which is attached hereto as Exhibit "A"). The Complaint includes claims for deprivation of

10   civil rights against the removing defendants arising under 42 U.S.C. § 1983. The

11   Complaint also includes state causes of action.

12                                       II.

13       Defendants were served with the Summons and Complaint on July 2, 2008.

14   Copies of the proofs of service as to each defendant filed on July 8, 2008, in state court

15   are attached hereto as Exhibit "B".

16       A copy of City of Oakland and Wayne Tucker's answer filed on July 23, 2008, in

17   state court is attached hereto as Exhibit "C".

18                                       III.

19       This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. Section

20   1331. The action is one which may be removed to this Court pursuant to 28 U.S.C.

21   Section 1441(b) in that the deprivation of civil rights claims arising under 42 U.S.C. §1983

22   raise federal questions. This action may be removed to the United States District Court

23   for the Northern District of California in that it arises out of occurrences alleged to have

24   taken place in Alameda County, California.

25   ///

26   ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IV.**

This Notice of Removal of Action is hereby filed by Defendants within thirty (30) days after service of the Summons and Complaint.

Dated: July 29, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
JENNIFER N. LOGUE, Deputy City Attorney

By: _____

Attorneys for Defendants,
CITY OF OAKLAND and WAYNE TUCKER

Dated: July 28, 2008

CLYDE A. THOMPSON
HAAPALA THOMPSON & ABERN, LLP

By: _____

Attorneys for Defendants,
ALAMEDA COUNTY, GREGORY AHERN,
ALAMEDA COUNTY SHERIFF

DEFENDANTS' JOINT NOTICE OF
REMOVAL OF ACTION (28 U.S.C. Section 1441)

**EXHIBIT A**

1   Sheila Gropper Nelson, SBN 85031
    LAW OFFICE OF SHEILA GROPPER NELSON
2   456 Montgomery St., Suite 1700
    San Francisco, CA 94104
3   Telephone:    (415) 362-2221
    Facsimile:    (415) 576-1422
4   Attorney for Plaintiffs
    Richard Ray and
5   Sally Ray

6

7

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ALAMEDA

10                          (Unlimited Jurisdiction)

11

12   Richard Ray, an individual, Sally Ray, an
     individual, and Richard and Sally Ray,
13   husband and wife
                        Plaintiff
14   v.

15   City of Oakland, a municipal organization
     Wayne Tucker, Chief of the
16   City of Oakland Police Department,
     Alameda County, Gregory Ahern
17   Alameda County Sheriff
     Doe Defendant 1, an unknown
18   police officer, Doe Defendant 2
     an unknown police officer, Doe
19   Defendant 3, an unknown police officer,
     Doe 4, an unknown police officer, Does 5
20   an unknown sheriff, Doe 6 an unknown
     sheriff, and Does 7 to 75, inclusive,
21                      Defendants.

22

23         Plaintiffs, Richard Ray and Sally Ray, allege as follows:

24   GENERAL ALLEGATIONS:

     PARTIES:
25
26   1.         Plaintiff  Richard Ray is an African American citizen of the City

27   of Oakland, County of Alameda and the husband of Sally Ray.

28   2.         Plaintiff Sally Ray is an African American citizen of the City of Oakland,

     Complaint/Civil Rights/Assault et al.                                    1

---

ENDORSED
FILED
ALAMEDA COUNTY

MAR 0 7 2008

CLERK OF THE SUPERIOR COURT
By ___Susan C. Campaña___
                                    Deputy

**BY FAX**

Case Number  R G 0 8 3 7 5 3 6 4

COMPLAINT FOR DAMAGES

For Assault, Battery and Violation
of Civil Rights et al.

JURY TRIAL DEMANDED

1   County of Alameda and the wife of Richard Ray.

2   3.          At all times mentioned in this complaint plaintiffs are informed and believe

3   and thereon allege that defendant, City of Oakland ("CITY") is a municipal corporation duly

4   organized and existing under the laws of the State of California. Under its authority the City

5   operates the Oakland Police Department. (hereafter "the City")

6   4.          At all times mentioned in this complaint plaintiffs are informed and believe

7   and thereon allege that defendant, County of Alameda ("COUNTY") is duly organized and

8   existing under the laws of the State of California and under its authority operates the Sheriff's

9   Department for the County of Alameda. (hereafter "the County")

10  5.          At all times mentioned in this complaint plaintiffs are informed and believe

11  and thereon allege that Wayne Tucker was employed by defendant City as Chief of Police

12  for the CITY. Defendant Tucker is being sued in his official capacity as Chief of police for

13  defendant City.

14  6.          At all times mentioned in this complaint plaintiffs are informed and believe

15  and thereon allege that Defendant Gregory Ahern was employed by defendant County as

16  Sherriff for the County.   Defendant Ahern is being sued in his official capacity as County

17  Sheriff.

18  7.          Plaintiffs do not know the true names of Doe Defendant 1, an unknown

19  police officer, and therefore sue said police officer by this fictitious name. Plaintiff is

20  informed and believes that DOE Defendant 1 is a California resident and/or businesses duly

21  authorized to conduct business in the State of California and acting under the color of law

22  and authority. Plaintiffs are suing said police officer in the capacity as a police officer for the

23  City.

24  8.          Plaintiffs do not know the true names of Doe Defendant 2, an unknown

25  police officer, and therefore sue said police officer by this fictitious name. Plaintiffs are

26  informed and believe that DOE defendant 2 is a California residents and/or businesses duly

27  authorized to conduct business in the State of California and acting under the color of law

28  and authority. Plaintiffs are suing said police officer in the capacity as a police officer for the

Complaint/Civil Rights/Assault et al.                                                    2

1  City.

2  9.          Plaintiffs do not know the true names of Doe defendant 3, an unknown

3  police officer, and therefore sue said police officer by this fictitious name. Plaintiffs are

4  informed and believes that DOE defendant 3 is a California resident and/or businesses duly

5  authorized to conduct business in the State of California and acting under the color of law

6  and authority. Plaintiffs are suing said police officer in the capacity as a police officer for the

7  City.

8  10.          Plaintiffs do not know the true names of Doe defendants 4 an unknown

9  police officer, and therefore sue said police officer by this fictitious name. Plaintiffs are

10  informed and believes that DOE defendant 4 is a California resident and/or businesses duly

11  authorized to conduct business in the State of California and acting under the color of law

12  and authority. Plaintiffs are suing said police officer in the capacity as a police officer for the

13  City.

14  11.          Plaintiffs do not know the true names of DOE defendant 5, an unknown

15  sherriff, and therefore sue said police officer by this fictitious name. Plaintiffs are informed

16  and believes and therefore allege that DOE Defendant 5 is a California resident and/or

17  businesses was duly authorized to conduct business in the State of California and acting

18  under the color of law and authority. Plaintiffs are suing said sherriff in the capacity as a

19  sherriff for the County.

20  12.          Plaintiffs do not know the true names of Doe Defendants DOE 6, an

21  unknown County Sheriff, and therefore sue said Sheriff by this fictitious name. Plaintiffs are

22  informed and believes that DOE Defendant 6 is a California residents and/or businesses

23  duly authorized to conduct business in the State of California and acting under the color of

24  law and authority. Plaintiffs are suing said Sheriff in the capacity as a sheriff for the County.

25  13.          Plaintiffs do not know the true names of defendants DOES 7 through 75,

26  inclusive, and therefore sues them by these fictitious names. Plaintiff s are informed and

27  believes and thereon allege that DOE defendants 7 through 75 are California residents

28  and/or businesses duly authorized to conduct business in the State of California and in doing

Complaint/Civil Rights/Assault et al.                                                    3

1  the acts and omissions to act set forth herein were acting under the color of law and

2  authority.

3  14.         Unless otherwise alleged in this complaint, plaintiffs are informed and believe,

4  and on the basis of that information and belief allege, that at all times mentioned in this

5  complaint, defendants, named and fictitious,  were the agents of their co-defendants, and

6  in doing the things alleged in this complaint were acting within the course and scope of that

7  agency and employment.

8  15.         Plaintiffs are informed and believe and thereon allege that the defendants

9  named as Does in the complaint identities are more fully known to defendants City and

10 County but that said identities have been willfully and maliciously hidden from plaintiffs in

11 furtherance of a conspiracy to avoid liability for each and all of the acts and omissions

12 complained of herein.

13 16.         Each and all of the acts relevant hereto were performed in the County of

14 Alameda.

15 17.         There is a unity of interest between the named defendants, including but not

16 limited to Tucker and Ahern, City and County, and each of the Doe defendants, 1 through

17 75 inclusive,  such that the acts of the one are for the benefit and can be imputed to and

18 are as the acts of the other.  Plaintiffs are informed and believe, and thereon allege, that

19 each of the Defendants named in this action was the principal, agent, servant, employer,

20 officer, director, co-conspirator, partner or joint venturer of each other Defendant, and in

21 committing the actions described herein below, acted within the scope of such agency,

22 relationship, employment, conspiracy, partnership or joint venture.  Plaintiffs are informed

23 and believe, and thereon allege, that each of the Defendants approved, ratified or

24 acquiesced in the actions and/or conduct of each other Defendant described herein.

25 VENUE AND JURISDICTION:

26 18.         All of the acts and omissions to act, set forth herein, occurred in the City of

27 Oakland , County of Alameda.

28 19.         All of the acts and omissions to act, set forth herein, were done by defendants

Complaint/Civil Rights/Assault et al.                                              4

1  in their official capacities as employees, officers and agents of defendant City and defendant

2  County.

3  20.        For state based causes of actions Plaintiffs are informed and believe that

4  administrative claim requirements apply and that same have been complied with.

5  21.        Plaintiffs are informed and believe and thereon allege that at all times

6  relevant hereto defendants, and each of them, had actual knowledge or knew and should

7  have known that the force being used and herein complained of was excessive and

8  unjustified and were reckless in said use of force.

9  22.        In engaging in the conduct described herein Defendant Police Chief and

10  Officers and County Sheriff and Sheriffs, individually and in concert, one with the other, acted

11  under the color of law and authority in the course and scope of their employment by both the

12  City of Oakland and by the County of Alameda.    In engaging in the conduct described

13  herein the defendants, and each of them, exceeded the authority vested in them as both

14  police officers and sheriffs, both individually and collectively, violated plaintiffs civil rights as

15  granted to them pursuant to the constitutions of the  United States and the State of

16  California.

17  STATEMENT OF FACTS:

18  23.        In or about February, 2007 plaintiff Mr. Richard Ray, a middle class middle

19  aged  African American resident of the City of Oakland, was assaulted, battered,

20  handcuffed, falsely imprisoned and humiliated by unknown and unidentified numbers of

21  police officers, County sheriffs and others, including but not limited to canine units and

22  helicopter(s), at gun point, all the while engaged in conduct benign in nature, to wit,

23  taking water to a friend. Mr. Ray while clothed in his pajamas, bath robe and bedroom

24  slippers outside of his own residence on Miles Avenue, Oakland, California was assaulted,

25  battered, falsely imprisoned, restrained, manhandled, and humiliated at gun point in clear

26  view of and in front of his wife, friend, neighbors and others.

27  24.        At the time of the subject incident, and without reasonable cause or justifiable

28  belief, and in conscious and reckless disregard for Mr. Ray's right to privacy, peace and

Complaint/Civil Rights/Assault et al.                                    5

1  enjoyment defendants, and each of them, disturbed his privacy and peace by forcibly, with
2  gun(s) drawn, assaulting, battering and forcing him, Mr. Ray, to the ground and
3  sidewalk, in front of his own home, forcing his arms behind his back to handcuff him, and
4  restrained in him, in handcuffs, against his will all in front of his wife, neighbors, friends
5  and others for an extended period of time. Defendants, and each of them, acted so to
6  assault and batter Mr. Ray despite being informed and told, by both Mr. Ray and Mrs. Ray
7  and others, in reasoned tones, that Mr. Ray resided in the adjacent home, suffered from
8  back injuries and could not get down on the ground and could not put his arms behind his
9  back without causing him severe and further physical harm.

10  25.        In conscious disregard and without reasonable cause, defendants, and each
11  of them, used excessive and unreasonable force in doing the acts or failing to act as set forth
12  herein.

13  26.        At no relevant time did the defendants, and each of them, act to determine
14  whether the force used by them, individually and as agents one of the other, was
15  reasonable.

16  27.        At all times relevant Mr. Ray acted to mitigate his damages by informing and
17  advising the defendants, and each of them, individually and as the agents one of the other,
18  that he lived in the subject residence, that he had a bad back and that he could not get
19  down onto the ground and/or put his arms behind his back without pain and injury.
20  Defendants and each of them acted with conscious and callous disregard of the harm that
21  would be suffered by Mr. Ray, the violation of his constitutional rights and privileges, and
22  with a conscious disregard for the information being provided to them.

23  28.        At all times relevant Mrs. Ray acted to mitigate the damages suffered by
24  herself and her husband, by informing and advising the defendants, and each of them,
25  individually and as the agents one of the other, that Mr. Ray lived in the subject residence,
26  that he had a bad back and that he could not get down on the ground or put his arms
27  behind his back without pain and injury. Defendants and each of them acted with conscious
28  and callous disregard for the information being provided to them and willfully and

Complaint/Civil Rights/Assault et al.                                           6

1   maliciously acted to cause substantial harm to Mr. Ray and emotional distress to Mrs. Ray

2   by their conduct. Mrs. Ray witnessed the acts and omissions of the defendants and was put

3   in apprehension of her well being and the well being of her husband.

4   29.          At all times relevant hereto plaintiffs acted to mitigate their damages.

5   30.          At all times relevant hereto defendants, and each of them, in furtherance of

6   the conspiracy to violate the civil rights of the plaintiffs acted with a conscious, reckless and

7   callous disregard for the civil rights of the plaintiffs and the harm that their conduct would

8   and did create for plaintiffs.

9   31.          In compliance with applicable administrative claim requirements, claim

10  was made, as required by law, relating to each and all of the conduct complained of herein

11  above.   Response to said claim(s) denied the claim; and further denied the existence of the

12  events of February, 2007 specifically claiming that no incident or other report exists to

13  confirm the subject events, that no report or other documents existed to confirm the use of

14  canine and helicopter units , and that no events occured on Miles Avenue as reported by the

15  plaintiffs.  Plaintiffs are informed and believe and thereon allege that said denial of the claim

16  together with the denial of the events giving rise to the claim are each, individually and

17  collectively, continuing acts by defendants and each of them to violate plaintiffs civil rights

18  as granted to them by the constitutions of the State of California and the United States of

19  America.

20  32.          Plaintiffs are further informed and believe and thereon allege that said claim

21  denial continues through to and following defendants actual investigation into and interview

22  of witness, who plaintiffs are informed and believe and thereon allege confirm the events of

23  February, 2007.   Plaintiffs are informed and believe and thereon allege that said denial and

24  claim denial is a continuing act by defendants, and each of them, to violate plaintiffs' civil

25  rights.

26  33.          Plaintiffs are informed and believe and thereon allege that said acts and

27  omissions to act by defendants, and each of them, include but are not limited to the use of

28  extreme and unreasonable force by defendants and each of them, without just cause under

Complaint/Civil Rights/Assault et al.                                              7

1  the color of law and authority; and that said force was   unjustified, unreasonable and

2  excessive and was used in wanton disregard for the harm that it would and did cause

3  plaintiffs; and the deliberate and premeditated denial of the events of February, 2007.

4  Plaintiffs are further informed and believe and thereon allege that the acts and omissions to

5  act by defendants and each of them  was and continues to be an abuse of the authority

6  granted to said defendants by the law  and further violated  plaintiffs civil rights granted to

7  plaintiffs  by the constitutions of the State of California and the United States of America.

8  DAMAGES:

9  34.        Mr. Ray has suffered assault, battery, false imprisonment,  violation of his civil

10  rights, humiliation,  severe emotional distress, embarrassment, fear,  terror, loss of his sense

11  of  security, dignity and pride as a citizen of the United States,  and loss of consortium.

12  35.        Mr. Ray continues to suffer humiliation and anxiety as a direct and proximate

13  result of the acts and omissions by defendants and each of them.  Mr. Ray has sought and

14  received medical care relating to these damages.

15  36.        The acts and omissions by the defendants and each of them continue to cause

16  physical harm to Mr. Ray and he has  sought and received  medical care relating to these

17  damages.

18  37.        The conduct of the defendants, and each of them, in February, 2007 through

19  to and including  the denial of the acts and omissions by them of the February, 2007 events

20  were and continue to be done with a reckless and callous indifference to plaintiffs'

21  constitutionally protected rights; and were and continue to be malicious, willful, wanton and

22  oppressive and have been done with a conscious disregard for the damage, emotional

23  distress and humiliation that resulted from and continue to result from said acts and

24  omissions  for plaintiffs, and each of them.

25  38.        As a direct and proximate result of the conduct of the defendants, and each

26  of their conduct, through to and including but not limited to the denial of the events of

27  February, 2007 Mr. Ray suffered pain, embarrassment, suffering,  humiliation, emotional

28  distress and loss of consortium, and found it necessary to and did engage private counsel to

Complaint/Civil Rights/Assault et al.                                                    8

1  remedy and vindicate his rights under the laws of the United States and the State of

2  California. Plaintiff is entitled to recovery all of his attorney fees and costs of suit pursuant

3  to the laws of the State of California and the United States including but not limited to Title

4  42 United States Code Section 1988 et seq.

5  39.        Mrs. Ray watched as her husband suffered assault, battery, false

6  imprisonment, humiliation, violation of his civil rights and as a direct and proximate result

7  suffered anxiety and emotional distress and violation of her own civil rights together with the

8  humiliation of both Mr. and Mrs. Ray and as a direct and proximate result thereof suffered

9  emotional distress and loss of consortium.

10  40.        The conduct of the defendants, and each of them, in February, 2007 through

11  to and including  the denial of the February, 2007 events  were and continue to be

12  malicious, willful, wanton and oppressive and have been done with a conscious disregard

13  for the harm said conduct did and continues to create for plaintiffs, individually and as a

14  community.

15  41.        As a direct and proximate result of the conduct of the defendants and each of

16  them, through to and including but not limited to the denial of the February 2007 events

17  Mrs. Ray found it necessary to and did engage private counsel to remedy and vindicate the

18  rights of her husband and herself,  under the laws of the United States and the State of

19  California. Plaintiff Mrs. Ray is entitled to recovery all of her attorney fees and costs of suit

20  pursuant to the laws of the State of California and the United States including but not limited

21  to Title 42 United States Code Section 1988 et seq.

22                          FIRST CAUSE OF ACTION

23                                (ASSAULT)

24  42.        Plaintiff Mr. Ray incorporates herein by this reference each and all of the

25  preceding paragraphs as though fully set forth.

26  43.        In or about February, 2007 Mr. Ray a middle aged middle class African

27  American adult man, outside of his own personal residence located on Miles Avenue

28  Oakland California,  clothed in his pajamas, bath rob and bedroom slippers holding water

Complaint/Civil Rights/Assault et al.                                           9

1  for his friend was violently and without just cause or reasonable basis assaulted, battered,

2  falsely imprisoned and humiliated by officers and agents he is informed and believes were

3  officers of City and sheriffs of County; he was forced to the ground, had his arms wrenched

4  behind his back, was hand cuffed and falsely imprisoned at gun point in front of his wife,

5  friend, neighbors and unknown others with canine units and helicopters around and about

6  him.

7  44. .    Plaintiffs, Mr. and Mrs Ray, are informed and believes and thereon

8  allege that others together with them all informed the defendants and each of them that Mr.

9  Ray resided in the home on Miles Avenue and that the force was excessive and unnecessary.

10  Plaintiffs are informed and believe and thereon allege that defendants and each of them in

11  conscious disregard for the harm proximately caused thereby failed and refused to cease

12  their excessive force.

13  45.    Plaintiffs are informed and believe and thereon allege that said force by

14  defendants, and each of them, was under the color of law and authority, was unjustified,

15  unreasonable and excessive and was used in wanton disregard for the harm that it would and

16  did cause plaintiffs; and was an abuse of said law and authority in violation of plaintiffs civil

17  rights granted to them by the constitutions of the State of California and the United States of

18  America.

19  46.    Plaintiff Mr. Ray is informed and believes and thereon alleges that in doing the

20  acts and omissions to act complained of herein that the defendants acted with an intent to

21  make contact with Mr. Ray's body and the acts or omissions to act by the defendants were

22  neither privileged or justified under statute or common law.

23  47. .    In doing the acts alleged defendants and each of them intended to place

24  plaintiff in apprehension of offensive contact with his person.

25  48.    At no time did Plaintiff Mr. Ray consent voluntarily to the acts and omissions

26  to act by the defendants and each of them.

27  49.    As a direct proximate result of the acts or failure to act by defendants and

28  each of them plaintiff Mr. Ray suffered offensive contact to his body, aggravation of existing

Complaint/Civil Rights/Assault et al.                                              10

1  injuries, and was put in fear and apprehension of further acts by the defendants to himself
2  and to his wife through willful and unjustified contact by defendants.

3  50.        As a direct and proximate result of the acts and omissions of the defendants,
4  each acting under the color of law and authority, plaintiff was injured in his strength, health,
5  and activity, sustaining injury to his body, and shock to his nervous system including injury
6  to his back and shoulders, humiliation and shame all to his general damages.

7  51.        As a further, proximate result of defendants' unlawful conduct, plaintiff suffered
8  special damages including but not limited to loss of income, medical and professional
9  expenses, in an amount in excess of the jurisdictional limits of the court, and loss of
10 consortium.

11 52.        Plaintiffs are informed and believe and thereon allege that defendants'
12 conduct arise from hatred and ill-will toward plaintiff, an African American man, and a
13 desire to oppress plaintiff and with the wrongful intention of injuring plaintiff. The conduct
14 was taken with an improper and evil motive amounting to malice, and in reckless, callous
15 and conscious disregard of plaintiff's civil rights. Because the actions taken toward plaintiff
16 were carried out in a cold, deliberate, callous and intentional manner in order to injure and
17 damage plaintiff, plaintiff is entitled to recover punitive damages from defendants in an
18 amount to dissuade such further abuse by defendants City, County, Tucker, Ahern and Does
19 1 through 75, inclusive.

20 WHEREFORE, plaintiffs pray for relief as herein after set forth.

21                          SECOND CAUSE OF ACTION
22                                 (BATTERY)

23 53.        Plaintiffs incorporate herein by this reference each and all of the preceding
24 paragraphs as though fully set forth.

25 54.        Plaintiffs are informed and believe and thereon allege that the defendants,
26 named and fictitious, were the agents one of the other each acting within the scope of their
27 employment and agency and were further acting under the color of law and authority and
28 each acted with excessive force without justification or reasonable cause.

Complaint/Civil Rights/Assault et al.                                    11

55.          Plaintiff, as set forth above, a middle aged middle class African American man outside of his own personal residence located on Miles Avenue, Oakland, California, clothed in his pajamas, bath rob and bedroom slippers holding water for his friend was violently and without just cause or reasonable basis assaulted, battered, falsely imprisoned and humiliated at gun point by officers and agents who he is informed and believes were officers of City and sheriffs of County; he was forced to the ground, had his arms wrenched behind his back, was hand cuffed and falsely imprisoned against his will in front of his wife, friend, neighbors and unknown others with canine units and helicopters around and about him.

56.          In doing the acts alleged defendants intended to make contact with plaintiff, Mr. Ray's person and did in fact make such contact.

57.          At all times mentioned plaintiff found the contact made offensive, threatening, and intimidating to his, Mr. Ray's person and his dignity and the acts or omissions to act by the defendants were neither privileged or justified under statute or common law.

58.          Defendants and each of them knew or should have known that such acts or threats of acts would and did cause plaintiff extreme apprehension of offensive contact.

59.          As a direct proximate result of the acts or failure to act by defendants and each of them plaintiff Mr. Ray was, in fact, placed in apprehension of offensive contact to his person and to the person of his wife in front of his wife, neighbors, friend and unknown others.

60.          As a direct and proximate result of the acts and omissions of the defendants, each acting under the color of law and authority, plaintiff was injured in his strength, health, and activity, sustaining injury to his body, and shock to his nervous system including injury to his back and shoulders, humiliation and shame all to his general damages.

61.          As a further, proximate result of defendants' unlawful conduct, plaintiff suffered special damages including but not limited to loss of salary, medical and professional expenses, in an amount in excess of the jurisdictional limits of the court and loss of

Complaint/Civil Rights/Assault et al.                                                    12

1  consortium.

2  62.         Defendants' conduct arise from hatred and ill-will toward plaintiff, an African

3  American , a desire to oppress  plaintiff and with a conscious disregard for his

4  constitutionally protected rights, and with the wrongful intention of injuring plaintiff. The

5  conduct was taken with an improper and evil motive amounting to malice and in reckless ,

6  callous, and  conscious disregard of plaintiff's constitutionally protected rights. Because the

7  actions taken toward plaintiff were carried out under the color of law and authority and ·in

8  a cold, deliberate, callous and intentional manner with excessive force, without justification,

9  plaintiff is entitled to recover punitive damages  in an amount appropriate to dissuade such

10  conduct by defendants City, County, Tucker, Ahern and Does 1 through 75, inclusive . .

11  WHEREFORE, plaintiffs pray for relief as herein after set forth.

12                              THIRD CAUSE OF ACTION

13                              (FALSE IMPRISONMENT)

14  63.     .    Plaintiffs incorporate herein by this reference each and all of the preceding

15  paragraphs as though fully set forth.

16  64.         Plaintiffs are informed and believe and thereon allege that the defendants,

17  both named and fictitious, were the agents one of the other, were  each acting within the

18  scope of their employment and agency,  were each  acting under the color of law and

19  authority and each acted with excessive force without justification or reasonable cause.

20  65.         Plaintiff, as set forth above, a middle aged middle  class African American

21  man outside of his own personal residence located on Miles Avenue, Oakland, California,

22  clothed in his pajamas,  bath rob and bedroom slippers  holding water for his friend was

23  violently and without just cause or reasonable basis  assaulted, battered, falsely imprisoned

24  and humiliated at gun point  by officers and agents he is informed and  believes were officers

25  of City and sheriffs of County;   was forced  to the ground, had his arms wrenched behind

26  his back, was hand cuffed and falsely imprisoned  in front of his wife, friend, neighbors  and

27  unknown  others with canine units and helicopters around and about him.

28  66.         In doing the acts alleged above to plaintiff Mr. Ray defendants  did restrain

Complaint/Civil Rights/Assault et al.                                        13

1  and imprison plaintiff, Mr. Ray, against his will without reasonable cause or justification and

2  the acts or omissions to act by the defendants were neither privileged or justified under statute

3  or common law.

4  67.        As a direct and proximate result of the acts and omissions of the defendants,

5  each acting under the color of law and authority, plaintiff was injured in his strength, health,

6  and activity, sustaining injury to his body, and shock to his nervous system including injury

7  to his back and shoulders, humiliation and shame all to his general damages.

8  68.        As a further and proximate result of defendants' unlawful conduct, plaintiff

9  suffered special damages including but not limited to loss of salary, medical and professional

10  expenses,  in an amount in  excess of the jurisdictional limits of the court and loss of

11  consortium.

12  69.        Defendants' conduct arise from hatred and ill-will toward plaintiff, an African

13  American and a desire to oppress plaintiff and with the wrongful intention of injuring plaintiff.

14  The conduct was taken with an improper and evil motive amounting to malice and in

15  conscious disregard of plaintiff's rights and abilities.  Because the actions taken toward

16  plaintiff were carried out in a cold, deliberate, callous and intentional manner and with

17  excessive force and without justification and under the color of law in order to injure and

18  damage plaintiff's civil rights, plaintiff is entitled to recover punitive damages from defendants

19  City, County, Tucker, Ahern and Does 1 through 75, inclusive, in an amount according to

20  proof and in an amount appropriate to dissuade such future conduct.

21  WHEREFORE, plaintiffs pray for relief as herein after set forth.

## FOURTH  CAUSE OF ACTION

### (ASSAULT-42 USC SECTION 1983 ALL DEFENDANTS)

24  70.        Plaintiff Mr. Ray incorporates herein by this reference each and all of the

25  preceding paragraphs as though fully set forth.

26  71.        In or about February,  2007 plaintiff, a middle aged middle class African

27  American adult man, outside of his own personal residence located on Miles Avenue

28  Oakland California, clothed in his pajamas, bath rob and bedroom slippers holding water

Complaint/Civil Rights/Assault et al.                                                                14

1  for his friend was violently and without just cause or reasonable basis assaulted, battered,

2  falsely imprisoned and humiliated at gun point by officers and agents he is informed and

3  believes were officers of City and sheriffs of County; he was thrown to the ground, had his

4  arms wrenched behind his back, was hand cuffed and falsely imprisoned against his will in

5  front of his wife, friend, neighbors and unknown others with canine units and helicopters

6  around and about him.

7  72.       Plaintiffs, Mr. and Mrs Ray, are informed and believes and thereon

8  allege that others, together with them, informed the defendants and each of them that Mr.

9  Ray resided in the home on Miles Avenue and that the force was excessive and unnecessary.

10  Plaintiffs are informed and believe and thereon allege that defendants and each of them in

11  conscious disregard for that harm failed and refused to cease their excessive force.

12  73.       Plaintiffs are informed and believe and thereon allege that said force by

13  defendants, and each of them, under the color of law and authority, was unjustified,

14  unprivileged, unreasonable and excessive and was used in reckless, callous , and wanton

15  disregard for plaintiffs civil rights and the harm that it would cause plaintiffs; and was an

16  abuse of said law and authority in violation of plaintiffs civil rights granted to them by the

17  constitutions of the State of California and the United States of America and the acts or

18  omissions to act by the defendants were neither privileged or justified under statute or

19  common law.

20  74.       Defendants and each of them acted under color of law and authority and

21  without due process of law in subjecting plaintiff to detention, threat of force, force, use of

22  excessive force, and false imprisonment all with the intent of and having the result that

23  plaintiff Mr. Ray was deprived of certain constitutionally protected rights including but not

24  limited to:

25  a]        the right to be free from unreasonable search and seizures as guaranteed by

26            the Fourth and Fifth Amendments to the United States Constitution.

27  b]        the right not to be deprived of life or liberty without due process of law, as

28            guaranteed by the Fourteenth and Fifth Amendments to the United States

Complaint/Civil Rights/Assault et al.                                    15

1    Constitution.

2    c]    the right to be free from the use of excessive force by police officers and

3    sheriffs under the color of law and authority as guaranteed by the Fourth and

4    Fifth Amendments to the United States Constitution.

5    d]    the right to equal protection under the law as guaranteed by the Fourteenth

6    and Fifth Amendments to the United States Constitution.

7    e]    the right to be free from interference within a zone of privacy , as protected by

8    the Fourth and Ninth Amendments to the United States Constitution.

9    WHEREFORE, plaintiffs pray for relief as herein after set forth.

10    FIFTH  CAUSE OF ACTION

11    (BATTERY-42 USC SECTION 1983 ALL DEFENDANTS)

12    75.    Plaintiff Mr. Ray incorporates herein by this reference each and all of the

13    preceding paragraphs as though fully set forth.

14    76.    In or about February , 2007 plaintiff , a middle aged middle class African

15    American adult man, outside of his own personal residence located on Miles Avenue

16    Oakland California,  clothed in his pajamas, bath rob and bedroom slippers holding water

17    for his friend was violently and without just cause or reasonable basis assaulted, battered,

18    falsely imprisoned and humiliated at gun point by officers and agents he is informed and

19    believes were officers of City and sheriffs of County; he was forced  to the ground, had his

20    arms wrenched behind his back, was hand cuffed at gun point  in front of his wife, friend,

21    neighbors and unknown others with canine units and helicopters around and about him.

22    77.    Plaintiffs, Mr. and Mrs Ray, are informed and believe and thereon allege that

23    others, together with them,  informed the defendants and each of them that Mr. Ray resided

24    in the home on Miles Avenue  and that the force was excessive and unnecessary.  Plaintiffs

25    are informed and believe and thereon allege that defendants and each of them in conscious

26    disregard for that harm failed and refused to cease their excessive force.

27    78.    Plaintiffs are informed and believe and thereon allege that said force by

28    defendants, and each of them, under the color of law and authority, was unjustified,

Complaint/Civil Rights/Assault et al.    16

1  unreasonable and excessive and was used in wanton disregard for the harm that it would
2  cause plaintiffs; and was an abuse of said law and authority in violation of plaintiffs civil
3  rights granted to them by the constitutions of the State of California and the United States of
4  America  and the acts or omissions to act by the defendants were neither privileged or
5  justified under statute or common law.

6  79.        Defendants and each of them acted recklessly and callously, under color of
7  law and authority and without due process of law and in violation of plaintiff's civil rights,
8  in subjecting plaintiff  threat of force, force, use of excessive force, and false imprisonment
9  all with the intent of and having the result that plaintiff Mr. Ray was deprived of certain
10 constitutionally  protected rights including but not limited to:

11 a]        the right to be free from unreasonable search and seizures as guaranteed by
12           the Fourth and Fifth Amendments to the United States Constitution.

13 b]        the right not to be deprived of life or liberty without due process of law, as
14           guaranteed by the Fourteenth and Fifth Amendments to the United States
15           Constitution.

16 c]        the right to be free from the use of excessive force by police officers and
17           sheriffs under the color of law and authority as  guaranteed by the Fourth and
18           Fifth Amendments to the United States Constitution.

19 d]        the right to equal protection under the law as guaranteed by the Fourteenth
20           and Fifth Amendments to the United States Constitution.

21 e]        the right to be free from interference within a zone of privacy , as protected by
22           the  Fourth and Ninth Amendments to the United States Constitution.

23 WHEREFORE, plaintiffs pray for relief as herein after set forth.

24                          SIXTH  CAUSE OF ACTION

25           (FALSE IMPRISONMENT-42 USC SECTION 1983 ALL DEFENDANTS)

26 80.        Plaintiff Mr. Ray incorporates herein by this reference each and all of the
27 preceding paragraphs as though fully set forth.

28 81.        In or about February,  2007 plaintiff , a middle aged middle class African

Complaint/Civil Rights/Assault et al.                                    17

1   American adult man, outside of his own personal residence located on Miles Avenue
2   Oakland California, clothed in his pajamas, bath rob and bedroom slippers holding water
3   for his friend was violently and without just cause or reasonable basis assaulted, battered,
4   falsely imprisoned and humiliated at gun point by officers and agents he is informed and
5   believes were officers of City and sheriffs of County; he was forced to the ground, had his
6   arms wrenched behind his back, was hand cuffed and falsely imprisoned in front of his wife,
7   friend, neighbors and unknown others with canine units and helicopters around and about
8   him.

9   82.        Plaintiffs, Mr. and Mrs Ray, are informed and believe and thereon allege that
10   others, together with them, informed the defendants and each of them that Mr. Ray resided
11   in the home on Miles Avenue and that the force was excessive and unnecessary. Plaintiffs
12   are informed and believe and thereon allege that defendants and each of them in conscious
13   disregard for the harm failed and refused to cease their excessive force.

14   83.        Plaintiffs are informed and believe and thereon allege that said force by
15   defendants, and each of them, was under the color of law and authority, was unjustified,
16   unreasonable and excessive and was used in wanton disregard for the harm that it would
17   cause plaintiffs; and was an abuse of said law and authority in violation of plaintiffs civil
18   rights granted to them by the constitutions of the State of California and the United States of
19   America and the acts or omissions to act by the defendants were neither privileged or justified
20   under statute or common law.

21   84.        Defendants, and each of them, acted under color of law and authority and
22   without due process of law in subjecting Mr. Ray to detention, threat of force, force, use of
23   excessive force, and false imprisonment all with the intent of and having the result that Mr.
24   Ray was deprived of certain constitutionally protected rights including but not limited to:

25   a]          the right to be free from unreasonable search and seizures as guaranteed by
26              the Fourth and Fifth Amendments to the United States Constitution.

27   b]          the right not to be deprived of life or liberty without due process of law, as
28              guaranteed by the Fourteenth and Fifth Amendments to the United States

Complaint/Civil Rights/Assault et al.                                    18

1            Constitution.

2   c]         the right to be free from the use of excessive force by police officers and

3              sheriffs under the color of law and authority as guaranteed by the Fourth and

4              Fifth Amendments to the United States Constitution.

5   d]         the right to equal protection under the law as guaranteed by the Fourteenth

6              and Fifth Amendments to the United States Constitution.

7   e]         the right to be free from interference within a zone of privacy , as protected by

8              the Fourth and Ninth Amendments to the United States Constitution.

9 WHEREFORE, plaintiffs pray for relief as herein after set forth.

10 SEVENTH CAUSE OF ACTION

11 (MONELL-42 USC SECTION 1983 ALL DEFENDANTS)

12 85.       Plaintiff Mr. Ray incorporates herein by this reference each and all of the

13 preceding paragraphs as though fully set forth.

14 86.       In or about February, 2007 plaintiff , a middle aged middle class African

15 American adult man, while outside of his own personal residence located on Miles Avenue

16 Oakland California, clothed in his pajamas, bath rob and bedroom slippers holding water

17 for a friend, was violently and without just cause or reasonable basis assaulted, battered,

18 falsely imprisoned, embarrassed, and humiliated at gun point by officers and agents he is

19 informed and believes were police officers of City and sheriffs of County; he was forced to

20 the ground, had his arms wrenched behind his back, was forcibly hand cuffed and falsely

21 imprisoned in front of his wife, friend, neighbors and unknown others, had guns and lights

22 thrust into his face all the while with canine units and helicopters crashing next to and

23 around and about his person putting him in fear of immediate harm to himself and his wife.

24 87.       Plaintiffs, Mr. and Mrs Ray, are informed and believes and thereon

25 allege that they each together with others, then present, informed the defendants and each

26 of them that Mr. Ray resided in the home on Miles Avenue and that the force was excessive

27 and unnecessary. Plaintiffs are informed and believe and thereon allege that defendants

28 and each of them in reckless or callous disregard for plaintiffs' individual and collective civil

Complaint/Civil Rights/Assault et al.                       19

1  rights and in conscious disregard for the harm proximately caused thereby failed and refused

2  to cease their use of unreasonable and excessive force.

3  88.          Plaintiffs are informed and believe and thereon allege that the acts or

4  omissions alleged herein are the direct and proximate result of the deliberate indifference of

5  high ranking officials, including but not limited to Defendants Tucker and Ahern, and Does

6  7 through 15, to repeated acts of misconduct by police and sheriffs which misconduct is

7  tacitly authorized encouraged, condoned or ignored by City and County and has become

8  policy, patterns, practices or custom of City and County in callous and reckless disregard

9  of plaintiffs constitutionally protected rights pursuant to the United States and California

10  Constitutions.

11  89.          Plaintiffs are further informed and believe and thereon allege that said high

12  ranking officials, including but not limited to Defendants Tucker and Ahern, and Does 7

13  through 15, knew or reasonably should have known that Doe defendants 1 through 6 and

14  16 through 75, and each of them were untrained or inadequately trained in use of

15  reasonable and permissible use of force and the investigation of alleged criminal conduct

16  such that there existed and continues to exist a reckless or callous disregard for the civil rights

17  of plaintiffs which has become the policy, pattern, practice or custom of said City and

18  County, individually and collectively.

19  90.          Plaintiffs are informed and believe and thereon allege that the damages

20  suffered by them were proximately caused by the customs, policies, patterns and practices

21  of the defendants, including said indifference, all under color of law and authority, without

22  due process of law, and in reckless or callous disregard of plaintiffs civil rights, subjecting

23  plaintiff, Mr. Ray, to force, threat of force, detention, use of excessive force, and false

24  imprisonment all with the intent of and having the result that plaintiff Mr. Ray was deprived

25  of certain constitutionally protected rights including but not limited to:

26  a]          the right to be free from unreasonable search and seizures as guaranteed by

27             the Fourth and Fifth Amendments to the United States Constitution.

28  b]          the right not to be deprived of life or liberty without due process of law, as

Complaint/Civil Rights/Assault et al.                                          20

1    guaranteed by the Fourteenth and Fifth Amendments to the United States

2    Constitution.

3    c]    the right to be free from the use of excessive force by police officers and

4    sheriffs under the color of law and authority as guaranteed by the Fourth and

5    Fifth Amendments to the United States Constitution.

6    d]    the right to equal protection under the law as guaranteed by the Fourteenth

7    and Fifth Amendments to the United States Constitution.

8    e]    the right to be free from interference within a zone of privacy , as protected by

9    the Fourth and Ninth Amendments to the United States Constitution.

10    WHEREFORE, plaintiffs pray for relief as herein after set forth.

11    EIGHTH  CAUSE OF ACTION

12    (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

13    91.    Plaintiffs  incorporate  herein by this reference each and all of the

14    preceding paragraphs as though fully set forth.

15    92.    The conduct of defendants City, County, Tucker, Ahern and Does 1 through

16    75, inclusive as set forth herein was extreme and outrageous and beyond the scope of

17    conduct which should be tolerated by citizens in a democratic and civilized society.

18    Defendants , and each of them, committed these extreme and outrageous  acts and

19    omissions with the intent to inflict severe mental and emotional distress upon plaintiffs.

20    93.    As a direct and proximate result of defendants and each of their willful

21    intentional and malicious conduct plaintiffs Mr. Ray and Mrs. Ray each suffered severe and

22    extreme mental and emotional distress.

23    94.    Plaintiffs Mr. Ray and Mrs. Ray each individually and collectively as husband

24    and wife are entitled to an award of damages according to proof and exemplary as against

25    said defendants  City, County, Tucker, Ahern and Does 1 through 75, inclusive as herein

26    after set forth.

27    WHEREFORE, plaintiffs pray for relief as herein after set forth.

28    //

Complaint/Civil Rights/Assault et al.    21

1                          NINTH CAUSE OF ACTION

2            (VIOLATION OF CALIFORNIA CIVIL CODE SECTION 52 ET SEQ)

3    95.         Plaintiffs incorporate herein by this reference each and all of the

4    preceding paragraphs as though fully set forth.

5    96.         The conduct of defendants City, County, Tucker, Ahern, and Doe defendants

6    1 through 75, inclusive, through the acts and omissions to act set forth herein while acting

7    in the course and scope of their employment or pursuant to color of law and authority

8    violated California Civil Code Sections 51 et seq, 52, 52.1 et seq, as Plaintiff Mr. Ray's

9    exercise of his civil rights and enjoyment were interfered with through the use of wrongful

10   and excess force and failure to make any proper inquiry or detention.

11   97.         Plaintiffs are informed and believe and thereon allege that said acts and

12   omissions to act by the defendants and each of them occured in the course and scope of

13   defendants Tucker, Ahern, and Doe defendants 1 through 75, inclusive, employment by City

14   and County respectively and that said City and County are liable to plaintiffs pursuant to

15   respondent superior.

16   WHEREFORE, plaintiffs pray for relief as herein after set forth.

17                          TENTH CAUSE OF ACTION

18                               (NEGLIGENCE)

19   98.         Plaintiffs incorporate herein by this reference each and all of the

20   preceding paragraphs as though fully set forth except as for any intentional malicious extreme

21   outrageous wanton and oppressive conduct by defendants together with allegations

22   regarding or relating to exemplary or punitive damages.

23   99.         Defendants City, County, Tucker, Ahern, and Doe defendants 1 through 75,

24   inclusive, through the acts and omissions to act set forth herein while acting in the course

25   and scope of their employment, and pursuant to color of law and authority on behalf of City

26   and County, respectively, were each subject to a duty of care to avoid causing unnecessary

27   physical, emotional and mental harm to persons  through the use of force and putting

28   people into police or sheriff custody or control.  The wrongful conduct of the defendants,

Complaint/Civil Rights/Assault et al.                                        22

1  and each of them, as set forth herein did not comply with the standard of care to be

2  exercised by reasonable persons and proximately caused plaintiffs to suffer injuries and

3  damages as here in set forth.  Pursuant to Government Code Section 815.2(a) City is

4  vicariously liable to plaintiffs for Mr. Ray's injuries and damages as herein set forth.

5  WHEREFORE, plaintiffs pray for relief as herein after set forth.

ELEVENTH CAUSE OF ACTION

(LOSS OF CONSORTIUM)

8  100.        Plaintiff Mr. Ray incorporates herein by this reference each and all of the

9  preceding paragraphs as though fully set forth.

10 101.        In or about February, 2007 plaintiff , a middle aged middle class African

11 American  man, while outside of his own personal residence located on Miles Avenue

12 Oakland California, clothed in his pajamas, bath rob and bedroom slippers holding water

13 for a friend, was violently and without just cause or reasonable basis assaulted, battered,

14 falsely imprisoned, embarrassed, and humiliated at gun point by officers and agents he is

15 informed and believes were police officers of City and sheriffs of County; he was thrown to

16 the ground, had his arms wrenched behind his back, was forcibly hand cuffed at gun point

17 in front of his wife, friend, neighbors and unknown others, had guns and lights thrust into his

18 face all the while  with canine units and helicopters crashing next to and around and about

19 his person putting him  in fear of immediate harm to himself and his wife.

20 102.        Plaintiffs,  Mr. and Mrs Ray, are informed and believes and thereon

21 allege that they each together with others then present  informed the defendants and each

22 of them that Mr. Ray resided in the home on Miles Avenue  and that the force was excessive

23 and unnecessary. Plaintiffs are informed and believe and thereon allege that defendants and

24 each of them in reckless or callous disregard for plaintiffs' individual and collective civil rights

25 and in conscious disregard for the harm proximately caused thereby  failed and refused to

26 cease their use of unreasonable and  excessive force on plaintiff Mr. Ray.

27 103.        Defendants and each of them acted under color of law and authority and

28 without due process of law, in reckless or callous disregard of plaintiffs civil rights  in and by

Complaint/Civil Rights/Assault et al.                                                    23

1  subjecting plaintiff, Mr. Ray, to  threat of force, force, use of excessive force, and false

2  imprisonment all with the intent of and having the result that plaintiff Mr. Ray suffered pain,

3  humiliations, embarrassment and deprivation of his  constitutionally  protected rights in front

4  of his wife.

5  104.       As a direct and proximate result of the acts and omissions of the defendants,

6  each acting under the color of law and authority,  plaintiff Mr. Ray suffered injury  in his

7  strength, health, and activity, to his body, and shock to his nervous system including injury

8  to his back and shoulders, humiliation, embarrassment and feelings of shame all to his

9  general damages.

10  105.       As a further proximate result of defendants' unlawful conduct, plaintiff suffered

11  special damages including but not limited to loss of salary, medical and professional

12  expenses.

13  106.       Prior to the injuries, plaintiff Mr. Ray and his spouse were able to and did

14  each perform their duties as a spouse one to the other.    Subsequent to the acts and

15  omissions by the defendants and each of them and the injuries proximately caused to Mr. Ray

16  thereby Mr. Ray has been impacted in his ability to perform his duties to his spouse including

17  but not limited to the loss of companionship, affection, solace and moral support and other

18  marital acts in the same manner and degree as prior thereto all to Mr. Ray's damage.

19  WHEREFORE, plaintiff Mr. Ray prays for relief as herein after set forth.

20                    TWELFTH  CAUSE OF ACTION

21                        (LOSS OF CONSORTIUM)

22  107.       Plaintiff Mrs. Ray incorporates herein by this reference each and all of the

23  preceding paragraphs as though fully set forth.

24  108.       In or about February, 2007 plaintiff Mrs. Ray watched as her husband, a

25  middle aged middle class African American adult man, while outside of his own personal

26  residence located on Miles Avenue Oakland California,  clothed in his pajamas,  bath rob

27  and bedroom slippers  holding water for a friend, was violently and without just cause or

28  reasonable basis  assaulted, battered, falsely imprisoned, embarrassed, and humiliated at

Complaint/Civil Rights/Assault et al.                                              24

1    gun point  by officers and agents she is informed and  believes were police officers of City

2    and sheriffs of County; she watched as he was  thrown to the ground, had his arms wrenched

3    behind his back, was forcibly hand cuffed at gun point in front of her his wife, his friend,

4    neighbors and unknown  others, had guns and lights thrust into his face all the while  with

5    canine units and helicopters crashing next to and around and about his person putting her

6    in fear of immediate harm  to him and herself.

7    109.         Plaintiffs, Mr. and Mrs Ray, are  informed and believes and thereon

8    allege that they each together with others  informed the defendants, and each of them, that

9    Mr. Ray resided in the  home on Miles Avenue  and that the force was excessive and

10    unnecessary.  Plaintiffs are informed and believe and thereon allege that defendants and

11    each of them in reckless or callous disregard for plaintiffs' individual and collective civil rights

12    and in conscious disregard for the harm proximately caused thereby  failed and refused to

13    cease their use of unreasonable and  excessive force on plaintiff Mr. Ray.

14    110.         Defendants, and each of them, acted under color of law and authority and

15    without due process of law, in reckless or callous disregard of plaintiffs civil rights  in and by

16    subjecting plaintiff, Mr. Ray, to threat of force, force, use of  excessive force, and false

17    imprisonment at gun point all with the intent of and having the result that plaintiff Mr. Ray

18    suffered pain, humiliations, embarrassment and deprivation of his  constitutionally protected

19    rights in front of his wife.

20    111.         Prior to the injuries suffered by  plaintiff Mr. Ray he  and Mrs. Ray, his spouse

21    were able to and did each perform their duties as a spouse one to the other.   Subsequent

22    to the acts and omissions by the defendants and each of them and the injuries proximately

23    caused to Mr. Ray, he  Mr. Ray has been impacted in his ability to perform his duties to his

24    spouse including but not limited to  loss of companionship, affection, solace and moral

25    support and other marital acts in the same manner and degree as prior thereto all to Mrs.

26    Ray's damage. By reason thereof Mrs. Ray is informed and believes and thereon alleges that

27    she has been  permanently  deprived  of the  consortium  of her spouse, including the

28    performance of his necessary duties, as well as his companionship, affection, solace and

Complaint/Civil Rights/Assault et al.                               25

1  moral support to the same extent as prior to said acts and omissions all to her damage.

2  WHEREFORE, plaintiff Mrs. Ray prays for relief as herein after set forth.

3              NOW THEREFORE, plaintiff s Mr. And Mrs. Ray demand and pray for

4  judgment in their favor and as against defendants, and each of them, as follows:

5  A           For general damages, for Mr. Ray, according to proof;

6  B.          For general damages for Mrs. Ray according to proof;

7  C.          For special damages for Mr. Ray according to proof;

8  D.          For special damages for Mrs. Ray according to proof;

9  E.          For punitive damages for Mr. Ray and Mrs. Ray;

10  F.         For injunctive relief,  per CC §52 et seq, enjoining City and County,

11             individually and together, from using excess and unreasonable force of

12             persons under color of law;

13  G.         For violation of CC §51.7 et seq., pursuant to CC §52.1 punitive damages

14             of $25,000.00 against police officers for each offense and reasonable

15             attorney fees;

16  H.         For statutory damages and reasonable attorneys fees for violation of CC §52

17             and 52.1 et seq.;

18  I.          For fees and costs, including reasonable attorney fees as allowed by law, and

19             costs of suit.

20  J.              For such other and further relief that the court considers proper.

21  Dated 3. 7. 8

22                                    Sheila Gropper Nelson
                                       Attorney for Plaintiffs

23  DEMAND FOR JURY TRIAL

24  Plaintiffs hereby demand trial of this matter by jury.

25

26  Dated 3 · 7 · 8

                                        Sheila Gropper Nelson
27                                      Attorney for Plaintiffs

28

Complaint/Civil Rights/Assault et al.                                    26

**EXHIBIT B**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104<br>415-362-2221<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY<br>**FILED**<br>ALAMEDA COUNTY<br>JUL  8 2008<br>CLERK OF THE SUPERIOR COURT<br>By _Cecilia Orchundo_<br>Deputy |

| **Alameda**<br>Oakland - Wiley W. Manuel<br>661 Washington St<br>Oakland CA 94607 |

| PLAINTIFF/PETITIONER:    Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    City of Oakland et al | RG08375364 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>Ray |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

> COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
> SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT, RESERV/

3a. Party served:

> CHIEF OF THE CITY OF
> OAKLAND POLICE DEPARTMENT

4. Address where party was served:

> 455 7TH ST.
> OAKLAND CA 94612

5. I served the party
> b. By substituted service. On: 07/02/08 at: 2:25 PM  I left the documents listed in item 2
> with or in the presence of:

>> OFFICER HOLDEN

>> FRONT DESK CLERK

>> (1) (business) a person at least 18 years of age apparently in charge at the
>> office or usual place of business of the person to be served. I informed him or
>> her of the general nature of the papers.

>> (4) I thereafter mailed (by first-class, postage prepaid) copies of the
>> documents to the person to be served at the place where the copies were left
>> (Code Civ. Proc., Section 415.20). I mailed the documents on

CONTINUED ON THE NEXT PAGE

PROOF OF SERVICE OF SUMMONS

| PLAINTIFF/PETITIONER: | Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | City of Oakland et al | RG08375364 |

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

       d. On behalf of:

       CHIEF OF THE CITY OF
       OAKLAND POLICE DEPARTMENT

       under the following Code of Civil Procedure section:

       416.50 (public entity)

7. Person who served papers
   a. Name:   Granville Smith
   b. Address:   1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
   c. Telephone Number:   323-526-7300
   d. The fee for service was: $91.52
   e. I am:
     (3) [ X ] registered California process server:
      (i) [ X ]  Independent contractor
      (ii) Registration No.:  1014     Expires: 08/13/09
      (iii)  County: ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

07/03/08

Granville Smith

RAPID LEGAL INC., SAN BERNARDINO CO. REG # 1086, EXPIRES 04/15/10

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 646884

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SHEILA NELSON   SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104 | 415-362-2221<br><br>Ref. No. or File No.<br>Ray | **FILED**<br>ALAMEDA COUNTY<br><br>JUL 8 2008<br><br>CLERK OF THE SUPERIOR COURT<br>By _Cecilia Amchundo_<br>Deputy |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

Alameda Oakland - Wiley W. Manuel
661 Washington St Oakland CA 94607

SHORT TITLE OF CASE:
Richard Ray and Sally Ray v City of Oakland et al

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 646884 | 07/25/08 | 11:15 AM | 30 | RG08375364 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT, RESERVATION O


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:    HAYWARD        , CALIFORNIA,   ADDRESSED AS FOLLOWS:

CHIEF OF THE CITY OF
OAKLAND POLICE DEPARTMENT

455 7TH ST.
OAKLAND CA 94612


DECLARANT: Layla Silvestre


RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 08-1047
(3) County: SAN FRANCISCO
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/03/08

SIGNATURE



*6757267*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104<br>415-362-2221<br>ATTORNEY FOR Plaintiff | **FILED**<br>ALAMEDA COUNTY<br><br>JUL  8 2008<br><br>CLERK OF THE SUPERIOR COURT<br>By *Cecilia Ornchundo*<br>Deputy |

Alameda
Oakland - Wiley W. Manuel
661 Washington St
Oakland CA 94607

| PLAINTIFF/PETITIONER:   Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   City of Oakland et al | RG08375364 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>Ray |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

       COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
       SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT,
       RESERVATION OF DAMAGES

3a. Party served:

       CITY OF OAKLAND,
       A MUNICIPAL ORGANIZATION

4. Address where party was served:

       1 FRANK OGAWA PLAZA 6TH F
       OAKLAND CA 94612

5. I served the party
   b. By substituted service. On: 07/02/08 at: 2:03 PM  I left the documents listed in item 2 with or in the presence of:

       BARBARA HARRIS

       EMPLOYEE - PUBLIC SERVICE REPRESENTATIVE

       (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

CONTINUED ON THE NEXT PAGE

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>Invoice No.: 646886 |
|---|---|---|

| PLAINTIFF/PETITIONER: | Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | City of Oakland et al | RG08375364 |

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

d. On behalf of:

CITY OF OAKLAND,
A MUNICIPAL ORGANIZATION

under the following Code of Civil Procedure section:

416.50 (public entity)

7.  Person who served papers
   a. Name:  Granville Smith
   b. Address:   1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
   c. Telephone Number:   323-526-7300
   d. The fee for service was:  $91.52
   e. I am:
      (3)  [ X ] registered California process server:
      (i) [ X ]  Independent contractor
      (ii)  Registration No.:  1014     Expires: 08/13/09
      (iii)  County:  ALAMEDA

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/03/08

Granville Smith

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 646886



*6757263*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104 | 415-362-2221<br><br>Ref. No. or File No.<br>Ray | FILED<br>ALAMEDA COUNTY<br><br>JUL  8 2008 |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

Alameda Oakland - Wiley W. Manuel
661 Washington St Oakland CA 94607

CLERK OF THE SUPERIOR COURT
By _Cecilia Omehundo_
                              Deputy

SHORT TITLE OF CASE:

Richard Ray and Sally Ray v City of Oakland et al

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 646886 | 07/25/08 | 11:15 AM | 30 | RG08375364 |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE; I SERVED THE WITHIN:

COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT,
RESERVATION OF DAMAGES

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:    HAYWARD          , CALIFORNIA,   ADDRESSED AS FOLLOWS:

CITY OF OAKLAND,
A MUNICIPAL ORGANIZATION

1 FRANK OGAWA PLAZA 6TH F
OAKLAND CA 94612

DECLARANT: Layla Silvestre

RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 08-1047
(3) County: SAN FRANCISCO
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/03/08                >
                                        SIGNATURE

*6757275*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104<br>415-362-2221<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY<br><br>**FILED**<br>ALAMEDA COUNTY<br><br>JUL  8 2008<br><br>CLERK OF THE SUPERIOR COURT<br>By___*Cecilia Amchundo*___<br>Deputy |
|---|---|

| Alameda<br>Oakland - Wiley W. Manuel<br>661 Washington St<br>Oakland CA 94607 | |
|---|---|

| PLAINTIFF/PETITIONER:   Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   City of Oakland et al | RG08375364 |

| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>Ray |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action..

2. I served copies of the:

   COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH SUMMONS, CASE MANAGEMENT , RESERVATION OF DAMAGES, ADR, JUDGE ASSIGNMENT

3a. Party served:

   ALAMEDA COUNTY

4. Address where party was served:

   1221 OAK STREET ROOM 463
   OAKLAND CA 94612

5. I served the party
   b. By substituted service. On: 07/02/08 at: 3:00 PM  I left the documents listed in item 2 with or in the presence of:

   RONDA BAILEY

   EMPLOYEE - AGENT

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 646896

| PLAINTIFF/PETITIONER: | Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | City of Oakland et al | RG08375364 |

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

      d. On behalf of:

      ALAMEDA COUNTY

      under the following Code of Civil Procedure section:

      416.50 (public entity)

7.    Person who served papers
    a. Name:  Granville Smith
    b. Address:  1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
    c. Telephone Number:  323-526-7300
    d. The fee for service was:  $91.52
    e. I am:
      (3) [ X ] registered California process server:
       (i) [ X ]  Independent contractor
       (ii) Registration No.: 1014    Expires: 08/13/09
       (iii) County: ALAMEDA

8.    I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

07/03/08

Granville Smith

RAPID LEGAL INC., SAN BERNARDINO CO. REG # 1086.  EXPIRES 04/15/10

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 646896

*6757271*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104 | 415-362-2221<br><br>Ref. No. or File No.<br>Ray | **FILED**<br>ALAMEDA COUNTY<br><br>JUL  8 2008<br><br>CLERK OF THE SUPERIOR COURT |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

Alameda Oakland - Wiley W. Manuel
661 Washington St Oakland CA 94607

By *Cecilia Amchundo*

Deputy

SHORT TITLE OF CASE:

Richard Ray and Sally Ray v City of Oakland et al

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 646896 | 07/25/08 | 11:15 AM | 30 | RG08375364 |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS, CASE MANAGEMENT , RESERVATION OF DAMAGES, ADR,
JUDGE ASSIGNMENT


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   HAYWARD        , CALIFORNIA,  ADDRESSED AS FOLLOWS:

ALAMEDA COUNTY

1221 OAK STREET ROOM 463
OAKLAND CA 94612



DECLARANT: Layla Silvestre




RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD           (1) [ X ] Employee or [    ] Independent Contractor
MONTEREY PARK, CA 91754           (2) Registration No. 08-1047
323-526-7300 FAX 323-526-7377     (3) County: SAN FRANCISCO
                                   (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/03/08                       >

SIGNATURE

*6757255*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| SHEILA NELSON  SBN<br>SHEILA GROPPER NELSON, L/O OF<br>456 MONTGOMERY ST.<br>SUITE 1300<br>SAN FRANCISCO CA 94104<br>415-362-2221<br>ATTORNEY FOR Plaintiff | FILED<br>ALAMEDA COUNTY<br>JUL  8 2008<br>CLERK OF THE SUPERIOR COURT<br>By _Cecilia Archundo_<br>Deputy |
| Alameda<br>Oakland - Wiley W. Manuel<br>661 Washington St<br>Oakland CA 94607 | |

| PLAINTIFF/PETITIONER:   Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   City of Oakland et al | RG08375364 |

| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>Ray |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT, RESERVATION OF DAMAGES

3a. Party served:

   ALAMEDA COUNTY SHERIFF
   BY SERVING SERGEANT MARTINEZ

4. Address where party was served:

   1401 LAKESIDE DR 7TH FL
   OAKLAND CA 94612

5. I served the party
   b. By substituted service. On: 07/02/08 at: 1:31 PM  I left the documents listed in item 2 with or in the presence of:

   CYNTHIA VAUGHN

   SECRETARY FOR SGT. MARTINEZ

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

CONTINUED ON THE NEXT PAGE

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

Invoice No.: 646890

| PLAINTIFF/PETITIONER: | Richard Ray and Sally Ray | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | City of Oakland et al | RG08375364 |

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

d. On behalf of:

ALAMEDA COUNTY SHERIFF
BY SERVING SERGEANT MARTINEZ

under the following Code of Civil Procedure section:

416.50 (public entity)

7. Person who served papers
   a. Name:   Granville Smith
   b. Address:   1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
   c. Telephone Number:   323-526-7300
   d. The fee for service was: $91.52
   e. I am:
     (3) [ X ] registered California process server:
     (i) [ X ]  Independent contractor
     (ii) Registration No.:  1014    Expires: 08/13/09
     (iii)  County:  ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/03/08

Granville Smith          >

RAPID LEGAL INC., SAN BERNARDINO CO. REG # 1086. EXPIRES 04/15/10
Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]       PROOF OF SERVICE OF SUMMONS     Code of Civil Procedure, § 417.10

Invoice No.: 646890



*6757259*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)  TELEPHONE NUMBER
SHEILA NELSON  SBN
SHEILA GROPPER NELSON, L/O OF            415-362-2221
456 MONTGOMERY ST.
SUITE 1300                                Ref. No. or File No.
SAN FRANCISCO CA 94104                    Ray

ATTORNEY FOR   Plaintiff

FOR COURT USE ONLY

F I L E D
ALAMEDA COUNTY

JUL 8 2008

CLERK OF THE SUPERIOR COURT
Cecilia Omchundo
Deputy

Insert name of court and name of judicial district and branch if any.
Alameda Oakland - Wiley W. Manuel
661 Washington St Oakland CA 94607

SHORT TITLE OF CASE:
Richard Ray and Sally Ray v City of Oakland et al

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 646890 | 07/25/08 | 11:15 AM | 30 | RG08375364 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS, ADR PACKAGE, CASE MANAGEMENT, JUDGE ASSIGNMENT,
RESERVATION OF DAMAGES

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   HAYWARD        , CALIFORNIA,  ADDRESSED AS FOLLOWS:

ALAMEDA COUNTY SHERIFF
BY SERVING SERGEANT MARTINEZ

1401 LAKESIDE DR 7TH FL
OAKLAND CA 94612

DECLARANT: Layla Silvestre

RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD            (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754            (2) Registration No. 08-1047
323-526-7300 FAX 323-526-7377      (3) County: SAN FRANCISCO
                                    (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/03/08                >
                             SIGNATURE

**EXHIBIT C**

FILED BY FAX
ALAMEDA COUNTY

July 23, 2008

CLERK OF
THE SUPERIOR COURT
By Denise Dalton, Deputy

CASE NUMBER:
RG08375364

1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
   JENNIFER N. LOGUE, Deputy City Atty., SBN 241910
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6524, Fax: (510) 238-6500
   26055:462493
5
   Attorneys for Defendants
6  CITY OF OAKLAND and WAYNE TUCKER

7

8              SUPERIOR COURT OF CALIFORNIA

9                  COUNTY OF ALAMEDA

10               (UNLIMITED JURISDICTION)

11

12  RICHARD RAY, an individual, SALLY RAY,        Case No. RG08-375364
    an individual, and RICHARD AND SALLY,
13  husband and wife,                                 ASSIGNED FOR ALL PURPOSES
                                                      TO HON. KENNETH MARK BURR
14              Plaintiffs,                              DEPARTMENT 30

15      v.                                         DEFENDANTS CITY OF OAKLAND AND
                                                   WAYNE TUCKER'S ANSWER TO
16  CITY OF OAKLAND, a municipal                   COMPLAINT
    organization, WAYNE TUCKER, Chief of
17  the City of Oakland Police Department,
    ALAMEDA COUNTY, GREGORY AHEM,
18  ALAMEDA COUNTY SHERIFF DOE
    DEFENDANT 1, an unknown police officer,
19  DOE DEFENDANT 2 an unknown police
    officer, DOE DEFENDANT 3, an unknown
20  police officer, DOE 4, an unknown police
    officer, DOES 5 an unknown sheriff, DOE 6
21  an unknown sheriff, and Does 7 to 75,
    inclusive,
22
                Defendant(s).
23

24          Defendants CITY OF OAKLAND and WAYNE TUCKER hereby answer,

25  object, and otherwise respond to the Complaint on file herein as follows.

26          Defendants generally deny each and every allegation contained in said

1 | complaint.

2 | I.

3 | AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,

4 | defendants allege that the complaint fails to state a cause of action.

5 | II.

6 | AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,

7 | defendants allege, on information and belief, that plaintiffs did not exercise ordinary care,

8 | caution, or prudence to avoid the alleged event and/or accident; consequently, the

9 | subsequent injuries or damages, if any, sustained by plaintiffs were proximately caused by

10 | and contributed to by plaintiffs' comparative negligence, and any damages they might

11 | otherwise be entitled to should be proportionately reduced by the degree of plaintiffs'

12 | negligence.

13 | III.

14 | AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE,

15 | defendants allege that the injuries and damages plaintiffs complain of resulted from the

16 | acts and/or omissions of others, or acts of God, and without any fault on the part of

17 | defendants.

18 | IV.

19 | AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,

20 | defendants allege that any party or individual who contributed to and/or caused the

21 | alleged injuries and damages was not acting as its agent or with its knowledge or within

22 | the course and/or scope of employment with defendant CITY OF OAKLAND.

23 | V.

24 | AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE,

25 | defendants allege that plaintiffs' claims are barred by all applicable Government Code

26 | protections and immunities, including, but not limited to, sections 815 through 900. Said

1 | sections are pleaded as though fully set forth herein.

2 | **VI.**

3 | AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE,

4 | defendants allege that all of the actions of defendants were undertaken in good faith and

5 | with the objectively reasonable belief that such actions were valid, necessary, reasonable,

6 | lawful and constitutionally proper, entitling defendants to the qualified immunity of good

7 | faith.

8 | **VII.**

9 | AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

10 | defendants allege that, if they in any fashion caused the injuries or damages alleged,

11 | although such liability is expressly denied herein, their acts and/or omissions were

12 | reasonable and privileged.

13 | **VIII.**

14 | AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,

15 | defendants allege, on information and belief, that plaintiffs failed to mitigate damages.

16 | **IX.**

17 | AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,

18 | defendants allege that, to the extent that plaintiffs allege or assert matters not contained in

19 | a legally sufficient claim filed by them, this action is barred by the claims requirements set

20 | forth in Government Code Section 905 et seq.

21 | **X.**

22 | AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

23 | defendants allege that this action is barred, under Government Code § 945.6, by plaintiffs'

24 | failure to file their action within six months after denial of their claim by defendants.

25 |

26 |

DEFENDANTS CITY OF OAKLAND AND WAYNE TUCKER'S ANSWER TO COMPLAINT

## XI.

AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

## XII.

AS A FURTHER, TWELTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants presently have insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendants reserve herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

## PRAYER

**WHEREFORE**, defendants pray that:

1.  Plaintiffs take nothing by their Complaint;

2.  Defendants have judgment against Plaintiffs;

3.  Defendants be awarded their costs of suit; and

4.  For such other and further relief as the Court may deem proper.

Dated: July 23, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
JENNIFER N. LOGUE, Deputy City Attorney

By: _____

Attorneys for Defendants,
CITY OF OAKLAND and WAYNE TUCKER

4

1

<u>PROOF OF SERVICE</u>
<u>Richard Ray, et al. v. City of Oakland, et al.</u>
Alameda County Superior Court No. RG08-375364

2

3

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within document:

4

5

6

    **DEFENDANTS CITY OF OAKLAND AND WAYNE TUCKER'S ANSWER TO COMPLAINT**

7

8

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

9

10

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

11

☐   by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

12

13

☐   by personally delivering the document(s) listed above to the person(s) set forth below.

14

Sheila Gropper Nelson
LAW OFFICE OF SHEILA GROPPER NELSON
456 Montgomery Street, Suite 1700
San Francisco, CA  94104

15

16

17

    I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

18

19

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20

21

    Executed on July 23, 2008, at Oakland, California.

22

23

_____
Cynthia Andrada

24

25

26

DEFENDANTS CITY OF OAKLAND AND WAYNE TUCKER'S ANSWER TO COMPLAINT