1 | JOHN A. RUSSO, City Attorney, SBN 129729
  | RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
2 | WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
  | JENNIFER N. LOGUE, Deputy City Atty., SBN 241910
3 | One Frank H. Ogawa Plaza, 6th Floor
  | Oakland, California 94612
4 | Email: jlogue@oaklandcityattorney.org
  | Telephone: (510) 238-6524, Fax: (510) 238-6500
5 | 26055:464577

6 | Attorneys for Defendants,
  | CITY OF OAKLAND and WAYNE TUCKER

7

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD RAY, an individual, SALLY RAY, an individual, and RICHARD AND SALLY RAY, husband and wife,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. C08-03627 BZ<br><br>**PROOF OF SERVICE RE. DEFENDANTS' JOINT NOTICE OF REMOVAL OF ACTION (28 U.S.C. Section 1441)**<br><br>(Alameda County Superior Court Case No.: RG08375364) |

1 
**PROOF OF SERVICE**
**Richard Ray, et al. v. City of Oakland, et al.**
2 
**United States District Court No. C08-03627 BZ**

3  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Frank H. Ogawa Plaza, 6th
4 Floor, Oakland, California 94612. On the date set forth below, I served the within document:

5

6 **PROOF OF SERVICE RE. DEFENDANTS' JOINT NOTICE OF REMOVAL OF ACTION (28 U.S.C. Section 1441);**

7
8 **DEFENDANTS' JOINT NOTICE OF REMOVAL OF ACTION;**

9 **Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California (Handbook);**

10 **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (Blank Forms of: CONSENT TO PROCEED BEFORE A UNITED
11 STATES MAGISTRATE JUDGE; DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED
12 STATES DISTRICT JUDGE);**

13 **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
14
15 **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

16 **U.S.D.C. ECF Registration Information Handout;**

17  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this
18    date before 5:00 p.m.

19 ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland,
20    California addressed as set forth.

21 ☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

22 Sheila Gropper Nelson                                      Attorneys for Plaintiffs,
   LAW OFFICE OF SHEILA GROPPER NELSON         Richard Ray and Sally Ray
23 456 Montgomery Street, Suite 1700
   San Francisco, CA  94104
24 Phone: (415) 362-2221, Fax: (415) 576-1422

25

26

1
2  CLYDE A. THOMPSON, SBN 72920          Attorneys for Defendants,
   HAAPALA THOMPSON & ABERN, LLP         Alameda County, Gregory Ahern, and
3  Park Plaza Building                   Alameda County Sheriff
   1939 Harrison St., Ste. 800
4  Oakland, CA  94612
   Email: CThompson@htalaw.com
5  Phone: (510) 763-2324, Fax: (510) 273-8534

6     I am readily familiar with the City of Oakland's practice of collection and processing
   correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
7  Service on that same day with postage thereon fully prepaid in the ordinary course of
   business.
8
      I declare under penalty of perjury under the laws of the United States that the
9  above is true and correct.

10    Executed on July 29, 2008, at Oakland, California.

11                                         _____/s/_____
                                                  Cynthia Andrada
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PROOF OF SERVICE RE.              -3-                         C08-03627 BZ
DEFENDANTS' JOINT NTC OF
REMOVAL OF ACTION