E-filing

ADR 

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD RAY, et al.,

    Plaintiff(s),

v.

CITY OF OAKLAND, et al.,

    Defendant(s).

No. C 08-03627

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August, 5, 2008

Signature _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")