```
1  JOHN A. RUSSO, City Attorney – SBN 129729
   RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty. – SBN 121266
   JENNIFER N. LOGUE, Deputy City Atty. – SBN 241910
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6524    Fax: (510) 238-6500
   26055:516862
5
   Attorneys for Defendant
6  CITY OF OAKLAND
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD RAY, an individual, SALLY RAY, an individual, and RICHARD AND SALLY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal organization, WAYNE TUCKER, Chief of the City of Oakland Police Department, ALAMEDA COUNTY, GREGORY AHEM, ALAMEDA COUNTY SHERIFF DOE DEFENDANT 1, an unknown police officer, DOE DEFENDANT 2 an unknown police officer, DOE DEFENDANT 3, an unknown police officer, DOE 4, an unknown police officer, DOES 5 an unknown sheriff, DOE 6 an unknown sheriff, and Does 7 to 75, inclusive,<br><br>Defendant(s). | Case No. C08-03627 MMC<br><br>**NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the following dates, Jennifer N. Logue of the City of Oakland Office of the City Attorney, will be on vacation and unavailable for any

1. purpose whatsoever, including but not limited to receiving notices of any kind, responding
2. to ex parte applications, appearing in court, or attending depositions:
3.                           August 28, 2008 through September 4, 2008.
4.       This notice is given pursuant to the case of <u>Tenderloin Housing Clinic, Inc. v.</u>
5. <u>Sparks</u> (1992) 8 Cal.App.4th 299.  Purposefully scheduling a conflicting proceeding without
6. good cause during the period of notice is sanctionable conduct pursuant to the <u>Tenderloin</u>
7. case.
8. Dated: August 21, 2008

                        JOHN A. RUSSO, City Attorney
                        RANDOLPH W. HALL, Assistant City Attorney
                        WILLIAM E. SIMMONS, Supervising Trial Attorney
                        JENNIFER N. LOGUE, Deputy City Attorney

                        By: _____/s/_____
                             Attorneys for Defendant
                             CITY OF OAKLAND

**PROOF OF SERVICE**
<u>Richard Ray, et al. v. City of Oakland, et al.</u>
United States District Court Case No. C08-03627 MMC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within document:

**NOTICE OF UNAVAILABILTY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) set forth below.

| | |
|---|---|
| Sheila Gropper Nelson<br>LAW OFFICE OF SHEILA GROPPER NELSON<br>456 Montgomery Street, Suite 1700<br>San Francisco, CA 94104 | Attorneys for Plaintiff,<br>Richard Ray and Sally Ray |
| Clyde A. Thompson<br>HAAPALA THOMPSON & ABERN, LLP<br>Park Plaza Building<br>1939 Harrison St., Suite 800<br>Oakland, CA 94612 | Attorneys for Defendants,<br>Alameda County, Gregory Ahern and Alameda County Sheriff |

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 25, 2008, at Oakland, California.

/s/
_____
Audrey A. Hall