1  Sheila Gropper Nelson, SBN 85031
   LAW OFFICE OF SHEILA GROPPER NELSON
2  456 Montgomery St., Suite 1700
   San Francisco, CA 94104
3  Telephone:    (415) 362-2221
4  Facsimile:    (415) 576-1422
   Attorney for Plaintiffs Richard Ray and Sally Ray
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11  Richard Ray, an individual, Sally Ray, an    )   CASE NUMBER C08-03627MMC
    individual, and Richard and Sally Ray,       )
12  husband and wife                             )   Certificate of Service of
            Plaintiff                            )   Case Management Conference Order
13  v.                                           )
                                                 )
14  City of Oakland, a municipal organization    )
    Wayne Tucker, Chief of the                   )
15  City of Oakland Police Department,           )
    Alameda County, Gregory Ahern                )
16  Alameda County Sheriff, Does,                )
17          Defendants.                          )
    _____          )
18
    I, Sheila Gropper Nelson, declare:
19  I am over the age of 18 and not a party to the within action. My business address is 456 Montgomery St.,
20  Suite 1700, SAN FRANCISCO, CA. 94104.
    On 08/22/008 I served the within: Case Management Conference Order and Standing Orders on the
21  following defendants City of Oakland, a municipal organization, Wayne Tucker, Chief of the City of Oakland
    Police Department, Oakland City Attorneys Office One Frank H. Ogawa Plaza Oakland CA 94612 and to
22  Alameda County, Gregory Ahern Alameda County Sheriff to their attorney of record Clyde Thompson, Haapal
23  Thompson & Abern LLP 1939 Harrison St., Suite 800 Oakland CA 94612.
    _X__ BY MAIL: By placing a true and correct copy thereof enclosed in a sealed envelope addressed as set forth
24  above with postage fully prepaid in the United States mail at San Francisco California.
    ___ BY OVERNIGHT DELIVERY:  By placing a true and correct copy thereof enclosed in a sealed envelope
25  addressed as set forth above with postage fully prepaid for overnight delivery.
26  [xx]     Executed on August 29, 2008  at  San Francisco, California.
    [xx]     (State)   I declare under penalty of perjury under the laws of the State of California that the foregoing is
27  true and correct.                                      /s/
                                                    Sheila Gropper Nelson
28