1  Clyde A. Thompson, SBN 72920
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:    510-763-2324
   Fax:    510-273-8570
4

5  Attorneys For Defendants
   COUNTY OF ALAMEDA and
6  SHERIFF GREGORY AHERN

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | RICHARD RAY, an individual, SALLY | ) | Case No.:  C08-03627 MMC
   | RAY, an individual, and RICHARD AND | ) |
11 | SALLY RAY, husband and wife, | ) | **STIPULATION OF DISMISSAL OF**
   | | ) | **DEFENDANTS COUNTY OF ALAMEDA**
12 | Plaintiff, | ) | **AND SHERIFF GREGORY AHERN ;**
   | | ) | **ORDER**
13 | vs. | ) |
14 | CITY OF OAKLAND, a municipal | ) |
   | organization; WAYNE TUCKER, Chief of the | ) |
15 | City of Oakland Police Department; | ) |
   | ALAMEDA COUNTY; GREGORY AHERN, | ) |
16 | Alameda County Sheriff; DOE DEFENDANT | ) |
   | 1, an unknown police officer; DOE | ) |
17 | DEFENDANT 2, an unknown police officer; | ) |
   | DOE DEFENDANT 3, an unknown police | ) |
18 | officer; DOE 4, an unknown police officer; | ) |
   | DOES 5, an unknown sheriff; DOE 6, an | ) |
19 | unknown sheriff; and DOES 7 to 75, inclusive, | ) |
   | | ) |
20 | Defendants. | ) |

21

22        IT IS HEREBY STIPULATED by and between Plaintiffs RICHARD RAY and SALLY

23 RAY, and Defendants COUNTY OF ALAMEDA and SHERIFF GREGORY AHERN, through

24 their designated counsel, that the above-captioned action be and hereby is dismissed without

25 prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

26 /

27 /

28 /

*Haapala, Thompson & Abern LLP*
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone : 510-763-2324
Facsimile: 510-273-8570

1

1    Each party shall be responsible for the payment of their own court costs and attorneys'

2    fees.

3    Dated:  November 3, 2008          LAW OFFICES OF SHEILA GROPPER NELSON

4

5                                       By: _____
                                            Sheila Gropper Nelson
6                                           Attorney For Plaintiffs

7    Dated:  November 14, 2008         HAAPALA, THOMPSON & ABERN, LLP

8

9

10                                      By: _____
                                            Clyde A. Thompson
11                                          Attorneys For Defendants
                                            COUNTY OF ALAMEDA and
12                                          SHERIFF GREGORY AHERN

13

14                                    **ORDER**

15       The Court having considered the parties' stipulation for dismissal of defendants

16   COUNTY OF ALAMEDA and SHERIFF GREGORY AHERN, said defendants are hereby

17   ordered dismissed without prejudice.

18   Dated:  December 1, 2008

19

20                                      _____
21                                      Judge Of The United States District Court

22

23

24

25

26

27

28

                                       2

*Ray, et al. v. City of Oakland, et al./Case #C08-03627 BZ*
Stipulation Of Dismissal Of Defendants County Of Alameda And Sheriff Gregory Ahern

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570