IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD RAY, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.
                                      /

No. C 08-3627 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT CITY OF OAKLAND'S MOTION TO COMPEL AND MOTION FOR MONETARY SANCTIONS**

    Pursuant to Civil Local Rule 72-1, defendant City of Oakland's "Motion to Compel Answers to Deposition Questions; Motion to Compel Responses, without Objections, to Interrogatories and Request for Production of Documents; and Motion for Monetary Sanctions," filed June 30, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: July 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge