```
 1  Sheila Gropper Nelson, SBN 85031
    LAW OFFICES OF SHEILA GROPPER NELSON
 2  456 Montgomery St., Suite 1700
    San Francisco, California 94104
 3  Telephone:  (415) 362-2221
    Facsimile:  (415) 576-1422
 4  Email:      shedoeslaw@aol.com

 5  Attorney for Plaintiffs
    RICHARD RAY and
 6  SALLY RAY

 7  JOHN A. RUSSO, City Attorney, SBN 129729
    RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
 8  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 127246
    JENNIFER N. LOGUE, Deputy City Atty. SBN 241910
 9  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
10  Telephone:  (510) 238-6524
    Facsimile:  (510) 238-6500
11  Email:      jlogue@oaklandcityattorney.org

12  Attorneys for Defendants
    CITY OF OAKLAND and
13  CHIEF WAYNE TUCKER
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| RICHARD RAY; et al., | Case No. C08-03627 MMC (WDB) |
| Plaintiffs, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO COMPEL AND AMENDING BRIEFING SCHEDULE ACCORDINGLY |
| CITY OF OAKLAND, et al. | |
| Defendant(s). | |
| | Trial:   November 30, 2009 |

WHEREAS, counsel for Defendant City of Oakland, Deputy City Attorney Jennifer N. Logue, is going to be on vacation from August 5, 2009 through August 14, 2009,

THE PARTIES DO HEREBY AGREE, STIPULATE AND REQUEST that the Court

1

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING DATE FOR MOTION TO COMPEL AND
AMENDING BREIFING SCHEDULE ACCORDINGLY

C08-03627 MMC (WDB)

continue the hearing date for Defendant's Motion to Compel to **September 9, 2009 at 4:15 p.m.** and amend the briefing schedule as follows:

1. Due date for plaintiff's opposition to Motion to Compel: **August ~~21~~ 19, 2009**;
2. Due date for defendant's reply: **August ~~28~~ 26, 2009**.

Parties must lodge a chambers copy of documents that are electronically filed by noon the following day.

IT IS SO STIPULATED:

Dated: July 13, 2009

_____
SHEILA GROPPER NELSON, Esq.
Attorney for Plaintiffs

Dated: July 13, 2009

_____
JENNIFER N. LOGUE, Deputy City Attorney
Attorney for Defendants City of Oakland and Chief Wayne Tucker

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: 7/14/2009 , 2009

IT IS SO ORDERED AS MODIFIED
Judge Wayne D. Brazil

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING DATE FOR MOTION TO COMPEL AND
AMENDING BREIFING SCHEDULE ACCORDINGLY

C08-03627 MMC (WDB)