IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAY, et al., | No. C-08-3627 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants / | |

    Before the Court is defendants' "Motion for Summary Judgment or in the Alternative Partial Summary Judgment," filed August 28, 2009. Plaintiffs Richard Ray and Sally Ray have filed opposition to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for October 2, 2009.

    **IT IS SO ORDERED.**

Dated: October 1, 2009

MAXINE M. CHESNEY
United States District Judge