UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Ray, et al.,                                No. C 08-3627 MMC (JL)

        Plaintiffs,

                                          NOTICE

    v.

City of Oakland, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calendar, the time of the settlement conference set for Monday, October 19, 2009 at 10:00 a.m. has been changed to **Monday, October 19, 2009 at 11:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

DATED: October 13, 2009

*James Larson*

_____
JAMES LARSON
United States Magistrate Judge

SETTLEMENT CONFERENCE NOTICE      1