IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD RAY, et al.,

        Plaintiffs,

  v.

CITY OF OAKLAND, et al.,

        Defendants.
                              /

No. CV-08-3627 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. The City's motion for Summary Judgment is hereby GRANTED with respect to plaintiff's federal claims.

    2. Plaintiffs' state law claims are hereby REMANDED to the California Superior Court in and for the County of Alameda.

Dated: October 19, 2009                              Richard W. Wieking, Clerk

                                                                               *Tracy Lucero*

                                                                               By: Tracy Lucero
                                                                               Deputy Clerk